**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RYAN CONNERS,

    Plaintiff,                                               Case No.: 1:25-cv-14950

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 2 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 3 | yingwenchibi |
| 4 | Wishing FAST |
| 5 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 6 | HuiChengChongShangMaoFuZhuangDian |
| 7 | QuJingXuLiaoShangMao |
| 8 | HengYangXianZhaoWanShangMaoYouXianGong |
| 9 | DingYuTing |
| 10 | GuangZhouYiWuShangMao |
| 11 | huairenshishanquyangzhinongchang |
| 12 | neimengguqingyijianzhuyouxiangongsi |
| 13 | AnZhenJianZhuGongCheng |
| 14 | 范书柜收纳 |
| 15 | NanYangShiPingLeShangMao |
| 16 | nanxindege |
| 17 | LiBenHong74 |
| 18 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 19 | 义乌市虞恒商贸有限公司 |
| 20 | ffahds |
| 21 | TaoTao024 |
| 22 | HeNanMiLuoMenChuang |
| 23 | Gansu Yimeisheng Clothing Co., Ltd |

| 24 | AnYangFuKuoJianZhuLaoWuFenBao |
|---|---|
| 25 | guyunhaokeji |
| 26 | yanbbz |
| 27 | dongguanshiyitefangzhipinyouxiangongsi |
| 28 | 金华市淑徽服饰有限公司 |
| 29 | henanyongjingongchengguanli |
| 30 | 淮音商贸行 |
| 31 | owle dinner |
| 32 | JJF005 |
| 33 | RoseTHD |
| 34 | Anreat |
| 35 | Hov-Store |
| 36 | zhongyujianshangmao |
| 37 | ruichengxianruixinongyekejiyouxiangongsi |
| 38 | PRINTANHSTORE |
| 39 | LGYshop |
| 40 | BraveSound |
| 41 | yangyet |
| 42 | ptinttop |
| 43 | zhaoruidanchengruifushi |
| 44 | 贫铭商贸 |
| 45 | NEYDADU |
| 46 | ChenKaiMaoYi |
| 47 | 洪宇小店 |
| 48 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 49 | dongguanshijinhonggongyipin |
| 50 | sunxiaohongbaihuo |
| 51 | GEJIA |
| 52 | Magical Glory |
| 53 | yangzhixiongdnsainfiafsmnaiawmsaofdi |
| 54 | HAMINHTHUAN |
| 55 | jianghengshangmaoyouxiangongsi |
| 56 | xxxprint Arts |
| 57 | XIDDPW |
| 58 | 5diamondpainting |