## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RYAN CONNERS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14950

Judge Lindsay C. Jenkins

Magistrate Judge Jeannice W. Appenteng

**AMENDED SCHEDULE A TO AMENDED COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | xxxprint Arts |